**THE SALDARRIAG[A]**
Attorneys and Couns[elors]
275 Madison Avenue[...]
New York, New Y[ork...]
(212) 682-4[...]

VICTOR H. SALDARRIAGA*
*Admitted in NY & NJ

Counsel
JASMINE HAHN

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.  7/18/2023
>
> Parties shall submit the joint letter and proposed case management order directed by my order at Doc. 40 by July 24, 2023.

**BY ECF**

July 17, 2023

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Sabrina Devita. v. Mount Sinai Hospital, et al.*
             Case No.: 22 CV 9826 (VSB)

Dear Judge Broderick:

    Our firm represents the Plaintiff Sabrina Devita in this action. The purpose of this letter is to request an extension of time to file the joint status letter and proposed case management plan until July 24, 2023. This is a second request for an extension of time to file the same. Previously, on June 15, 2023, the Court granted a joint application by counsel extending the time for the parties to file a joint status letter and a proposed case management plan until July 17, 2023, since Defendants had until July 10, 2023, to file and serve a responsive pleading or make a motion.

    The Defendants filed a Motion to Dismiss on July 10, 2023 [Docket Item #'s 43 & 44]. Unfortunately, due to an inordinate busy litigation and trial schedule last week, I did not have an opportunity to discuss with Defendants' counsel their motion papers and the joint status letter and proposed case management plan, as this would help the parties gather much better information regarding discovery and/or may even stimulate meaningful settlement negotiations. Moreover, discovery dates may be affected by the Defendants' motion. Thus, it is respectfully requested that the Court grant an extension of time until July 24, 2023, for parties to file the joint status letter and proposed case management plan in this case. Defendants' counsel position regarding this application is unknown at this time.

    Your Honor's attention and understanding to this matter is greatly appreciated.

                                    Respectfully Submitted,

                                    Victor H. Saldarriaga

cc:   **By ECF**
       Rory J. McEvoy, Esq.
       Counsel for Defendants