**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 8/15/2023

Plaintiff shall oppose Defendants' motion to dismiss by August 28, 2023. Defendant shall file any reply by September 5, 2023.

**...RRIAGA LAW FIRM**
...d Counselors at Law
... Avenue, Suite 2300
... New York 10016
...) 682-4904

Facsimile (212) 682-8978
E-Mail    vhslaw@aol.com

**BY ECF**

August 13, 2023

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:   *Sabrina Devita. v. Mount Sinai Hospital, et al.*
                 Case No.: 22 CV 9826 (VSB)

Dear Judge Broderick:

       Our firm represents the Plaintiff Sabrina Devita. The purpose of this letter is to request an extension of time until August 28, 2023, to file opposition papers to Defendants' motion to dismiss.

       On July 24, 2023, the Court So Ordered a Stipulation [Docket Item #48] extending the time for Plaintiff to file and serve opposition papers to Defendants' motion to dismiss until August 14, 2023. Unfortunately, for health reasons, including undergoing a medical procedure last Thursday, August 10, 2023, I have been forced to miss significant time away from the office for the past 3 weeks and have not been able to confer with my client regarding Defendants' instant application.

       Thus, it is respectfully requested that the Court grant an extension of time until August 28, 2023, for the Plaintiff to file and serve opposition papers to Defendants' motion to dismiss. Defendants' counsel consents to Plaintiff's application.

       Your Honor's attention and understanding to this matter is greatly appreciated.

                                                   Respectfully,

                                                   Victor H. Saldarriaga

cc:   **By ECF**
       Rory J. McEvoy, Esq.
       Counsel for Defendants