UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
SABRINA DEVITA,                                        :
:
                      Plaintiff   :
:        22-CV-9826 (VSB)
      -against-                                :
:        **ORDER**
:
MOUNT SINAI HOSPITAL, et al.,            :
:
                   Defendants.   :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On October 2, 2023, Defendants filed a motion to dismiss the Second Amended Complaint. (Doc. 60.) But as of the entry of this Order, Plaintiff has neither opposed the motion nor requested an extension of time to do so. Accordingly, by November 1, 2023, Plaintiff shall file a letter explaining whether she intends on opposing the pending motion to dismiss. If Plaintiff fails to respond to the motion, I will consider it under the standard for unopposed motions to dismiss. *See Rodriguez v. Redbubble, Inc.*, No. 21-cv-2973 (VSB), 2023 WL 6294180, at *3 (S.D.N.Y. Sept. 27, 2023).

SO ORDERED.

Dated:    October 27, 2023
             New York, New York

                                                  Vernon S. Broderick
                                                United States District Judge