**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
SABRINA DEVITA,

                       Plaintiff,

      -against-                                         22 **CIVIL** 9826 (LTS)

                                                                    **<u>JUDGMENT</u>**

MOUNT SINAI HOSPITAL, MARDISA SAMSON
RAMOS, and JEFF COHEN,

                       Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated June 18, 2024, Defendants' motion to dismiss the Second Amended Complaint is granted. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York
         June 18, 2024

                                                              **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                           **BY:**         *K. Mango*

                                                              **Deputy Clerk**